THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ELLINGER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Petition of CHARLES KLINGENSTEIN and Others, as Trustees, etc., of HARRY MAYER, Deceased, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed, with costs to respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PROPERTY REALIZATION CORPORATION, Respondent, v. MARY A. HALLINAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. 1160 BROADWAY REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant 1160 Broadway Realty Corporation to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of VICTOR E. OTTOBRE, Respondent, v. FRANK MARCHIONI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BENJAMIN R. KITTREDGE, Appellant, v. WILLIAM C. LANGLEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [132 Misc. 361.]

In the Matter of RUBE ROBERT FOGEL, Deceased. MIGUEL BERGANZA, Petitioner, Appellant; AMELIA S. BACKS and Others, Respondents.— Appeal withdrawn and discontinued, without costs to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

KATE DARLING BERTOLINI, Respondent, v. LOUISE LAROCQUE ARNOLD, Appellant, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WM. C. ATWATER & CO., INC., Appellant, v. STOKES COAL COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WATSON MANUFACTURING COMPANY and Another, Respondents, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARY FRANKEL, Appellant, v. JOSEPH H. MITTLEMAN, Respondent. PHILIP FRANKEL, Appellant, v. JOSEPH H. MITTLEMAN, Respondent.— Judgments reversed and new trial ordered, with costs to appellants to abide the event, upon the ground that issues of fact were presented in the principal cause which should have been submitted to the jury, and that in the interest of justice both causes should be retried. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CATHERINE McCABE, Respondent, v. CLARENCE MACKAY, Appellant, Impleaded